UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at LEXINGTON**

| | |
|---|---|
| TRAVELERS INDEMINITY COMPANY OF AMERICA and TRAVELERS INDEMINITY COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> BERNARD TEW, et al., <br><br> Defendants. | Civil Case No. <br> 5:20-cv-292-JMH <br><br> **JUDGMENT** |

\*\*\*

In accordance with the Court's Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure,

**IT IS ORDERED** and **ADJUDGED** as follows:

(1) Judgment is **ENTERED** in favor of Plaintiffs;

(2) All remaining claims for relief or pending motions are **DENIED AS MOOT**;

(3) All claims asserted in Defendants' Counterclaim [DE 16] are **DISMISSED WITH PREJUDICE**;

(4) This action is **STRICKEN** from the Court's active docket; and

(5) This is a **FINAL** and **APPEALABLE JUDGMENT,** and there is no just cause for delay.

This 17th day of November, 2021.



Signed By:
Joseph M. Hood
Senior U.S. District Judge